## DORSEY v. STATE.
### No. 25163.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

Rehearing Denied April 11, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The appeal is from a conviction for forgery, with a sentence of two years in the penitentiary.

The appellant waived trial by jury and entered his plea of guilty before the court. The proceedings appear regular in every respect. No question is presented for our consideration since the record is brought forward without a statement of facts or bill of exception.

The judgment is affirmed.